IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH LEPORACE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEW YORK LIFE & ANNUITY, et al. | : | NO. 11-2000 |

## ORDER

AND NOW, this 24th day of January, 2012, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Reconsideration and Reargument (ECF No. 26) is DENIED.

2. Plaintiff's Second Amended Complaint (ECF No. 27) is STRICKEN.

3. Plaintiff is given one more opportunity to file an amended complaint strictly limited to his claims arising on or after May 24, 2010, by February 3, 2012.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-2000 Leporace v. NY Life\Leporace Order Mot Reconsideration.wpd