IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RALPH LEPORACE,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **N.Y. LIFE & ANNUNITY CORP., UNUM** | : | **NO. 11-2000** |
| **GROUP CORP., & THE PAUL REVERE** | : | |
| **INSURANCE CO.** | : | |
| **Defendants** | : | |

## ORDER RE: PROPOSED EXPERT TESTIMONY BY PLAINTIFF

**AND NOW**, this 26th day of February of 2014, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Exclude the Testimony of Mary E. Fuller (ECF 52) is **GRANTED** in part and **DENIED** in part, and the Mary Fuller expert reports are stricken.

2. Plaintiff has leave to submit a new report by Ms. Fuller consistent with the foregoing memorandum within fourteen (14) days.

3. This Court may have an evidentiary hearing on a date to be set, or during the trial.

4. The report must include a list of citations to any court rulings that admitted or denied admissibility of her post 2001 expert testimony in whole or in part.

5. The week of May 5, 2014 is no longer available for trial of this case. Counsel shall promptly advise the Court as to specific trial attachments that may prevent them from trying this in April, 2014, with court, case number, and judge, and if any changes occur in that schedule. If the case cannot be tried in April, 2014, the Court will commence the trial as of May 12, 2014.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**Michael M. Baylson, U.S.D.J.**