# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RALPH LEPORACE,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **N.Y. LIFE & ANNUNITY CORP., UNUM** | : | **NO. 11-2000** |
| **GROUP CORP., & THE PAUL REVERE** | : | |
| **INSURANCE CO.** | : | |
| **Defendants** | : | |

## ORDER

     **AND NOW**, this 7th day of May, 2014, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Motions in Limine (ECF Nos. 106, 107, 109, 111, and 114) are **GRANTED** in part and **DENIED** in part.

                                           **BY THE COURT:**

                                           **/s/ Michael M. Bayslon**
                                           _____
                                           **Michael M. Baylson, U.S.D.J.**

O:\CIVIL 11\11-2000 Leporace v. NY Life\11cv2000.order.mot.limine.docx