IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RALPH LEPORACE,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **N.Y. LIFE & ANNUNITY CORP., UNUM** | : | **NO. 11-2000** |
| **GROUP CORP., & THE PAUL REVERE** | : | |
| **INSURANCE CO.** | : | |
| **Defendants** | : | |

### O R D E R

AND NOW, this 7th day of August, 2014, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that defendants' Motion for a New Trial (ECF 179) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 11\11-2000 Leporace v. NY Life\11cv2000.order.new.trial.docx